UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE K. KING, | ) | Case No.  5:07 CV 3531 |
| | ) | |
| Plaintiff, | ) | Judge Donald C. Nugent |
| | ) | |
| vs. | ) | REPORT AND RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

It is recommended pursuant to the joint stipulation to reverse with remand (ECF #15), that the stipulation be granted and the decision of the Commissioner denying benefits be reversed with remand to the Commissioner under the fourth sentence of 42 U.S.C. §405(g) and further that the court enter judgment memorializing this stipulation.

Further, due to the stipulated nature of this request, there is no need to wait 10 days for objections.

s/James S. Gallas
United States Magistrate Judge

Dated: April 14, 2008